## FRANKIE TRIMMER *v.* COMMISSIONER OF CORRECTION

The petitioner Frankie Trimmer's petition for certification for appeal from the Appellate Court, 119 Conn. App. 653 (AC 29539), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Mark M. Rembish*, special public defender, in support of the petition.

*Raheem L. Mullins*, assistant state's attorney, in opposition.

Decided April 21, 2010

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.